THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SULLY C. PECOT, Appellant.

(Argued October 5, 1933; decided October 24, 1933.)

*B. F. Norris, Phelan Beale* and *John S. V. Kilmartin* for appellant.

*John J. Bennett, Jr., Attorney-General (John F. X. McGohey, Ambrose V. McCall, Harry Greenwald* and *Margery Cederstrom* of counsel), for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.